Same case below, 400 Fed. Appx. 769.

▮

**No. 10-9072. Willie Clifton Carter, Petitioner v. Nevada.**

563 U.S. 945, 131 S. Ct. 2113, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 3086.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 698.

▮

**No. 10-9103. David Jenkins, Petitioner v. McKither Bodison, Warden.**

563 U.S. 945, 131 S. Ct. 2113, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 3124.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 402 Fed. Appx. 744.

▮

**No. 10-9105. Christopher Johnson, Petitioner v. Scott Frakes, Superintendent, Monroe Correctional Complex.**

563 U.S. 945, 131 S. Ct. 2113, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 2993.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

▮

**No. 10-9115. John Boyd, Petitioner v. Illinois.**

563 U.S. 945, 131 S. Ct. 2113, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 3031.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 1140, 371 Ill. Dec. 288, 989 N.E.2d 1216.

▮

**No. 10-9121. Frank McGee, Petitioner v. Connecticut.**

563 U.S. 945, 131 S. Ct. 2114, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 3015.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 124 Conn. App. 261, 4 A.3d 837.

▮

**No. 10-9122. Candy S. Daniel, Petitioner v. Kansas.**

563 U.S. 945, 131 S. Ct. 2114, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 2996.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Kansas denied.

Same case below, 291 Kan. 490, 242 P.3d 1186.

▮

**No. 10-9127. John Valente, Petitioner v. United States District Court for the Southern District of Ohio.**

563 U.S. 945, 131 S. Ct. 2144, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 3119.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

▮

**No. 10-9133. Damarlin Johnson, Petitioner v. Illinois.**

563 U.S. 946, 131 S. Ct. 2114, 179 L. Ed. 2d 908, 2011 U.S. LEXIS 3100.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 396 Ill. App. 3d 1126, 379 Ill. Dec. 371, 6 N.E.3d 448.